IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CLIMATE PROS, LLC,** § | |
| Plaintiff, § | |
| § | |
| vs. § | Civ. Action No. 1:22-cv-00223-JRN |
| § | |
| **GREGORY WADE,** § | |
| **AMANDA ELSON,** § | |
| **ALLIANCE SERVICES OF TEXAS, LLC** § | |
| Defendants. § | |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE JAMES R. NOWLIN:

Pursuant to this Court's Order for a Status Report (Dkt. 39), Plaintiff Climate Pros, LLC and Defendants Gregory Wade, Amanda Elson, and Alliance Services of Texas, LLC, file this Notice of Settlement and would respectfully show the Court as follows:

1. The parties have mediated the dispute that forms the basis of this lawsuit and the Parties have reached a confidential settlement of this lawsuit.

2. The parties are in the process of fully consummating the terms of the confidential settlement agreement and within 45 days expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Megan M. Mitchell*
**Laura E. De Santos, Attorney-In-Charge**
State Bar No. 00739612
SDTX No. 19328
ldesantos@grsm.com
**Megan M. Mitchell**
State Bar No. 24073504
SDTX No. 2174572

        mmmitchell@grsm.com
        1900 West Loop South, Suite 1000
        Houston, TX 77027
        (713) 961-3366 (Telephone)
        (713) 961-3938 (Facsimile)

        **ATTORNEYS FOR DEFENDANTS GREGORY WADE, AMANDA ELSON, and ALLIANCE SERVICES OF TEXAS, LLC**

        **-AND-**

        **MICHAEL BEST & FRIEDRICH LLP**

By:   */s/ Eric A. Johnston\**
        Eric H. Rumbaugh
        Attorney-in-Charge
        (pro hac vice admission)
        WI SBN 1015164
        ehrumbaugh@michaelbest.com
        Victor J. Allen
        (pro hac vice admission)
        WI SBN 1081361
        vjallen@michaelbest.com
        790 N. Water Street, Suite 2500
        Milwaukee, WI  53202
        T. 414.271.6560
        F. 414.277.0656

        Eric A. Johnston, TX SBN 24070009
        eric.johnston@michaelbest.com
        620 Congress Avenue, Suite 200
        Austin, TX 78701
        T. 512.640.3167
        F. 512.640.3170
        *Signed with Permission

        **ATTORNEYS FOR PLAINTIFF CLIMATE PROS, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Megan M. Mitchell*
                                          Megan M. Mitchell